# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2067
Lower Tribunal No. 2020-CA-003387-O

_____

JOHN PAUL BEGLEY, as the Representative of the ESTATE OF BRANDON KYLE BEGLEY,

Appellant,

v.

SOUL QUEST CHURCH OF MOTHER EARTH, INC. d/b/a SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH RETREAT & WELLNESS CENTER, et al.,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


John A. Anthony and Cameryn R. Lackey, of Anthony & Partners, LLC, Tampa, and William M. Chapman and Robert N. Hogan, II, of Hogan & Chapman, P.L., West Palm Beach, for Appellants.

Derek B. Brett, of Burnside Law Group, Dartmouth, NS, Canada, for Appellee, Soul Quest Church of Mother Earth, Inc. d/b/a Soul Quest Ayahuasca Church of Mother Earth Retreat & Wellness Center.

No Appearance for Other Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED